# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00780-CV

**A. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-005421, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

## NO. 03-18-00781-CV

**A. P. and J. P. C., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-006849, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

The reporter's records in these appeals were originally due to be filed on December 6, 2018. By request to this Court dated December 6, 2018, Chavela Crain requested an extension of time.

The Texas Rules of Appellate Procedure provide that any extensions of time granted for the filing of the reporter's records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Chavela Crain is hereby ordered to file the reporter's record in these cases on or before December 27, 2018. If the record is not filed by that date, Crain may be required to show cause why she should not be held in contempt of court.

It is ordered on December 12, 2018.

Before Justices Puryear, Goodwin, and Bourland